AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
### District of Maryland

FILED ___ ENTERED
LODGED ___ RECEIVED

OCT - 3 2016

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

| | |
|---|---|
| United States of America<br>v.<br><br>NELASH MOHAMED DAS<br>*Defendant(s)* | )<br>)<br>) Case No. 16-02595-TJS<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  September 2015 - September 2016  in the county of  Prince George's  in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2339B | Attempting to provide material support and resources to a foreign terrorist organization |

This criminal complaint is based on these facts:
See Attached Affidavit

☑ Continued on the attached sheet.

_____
Complainant's signature

Rachid Harrison, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  October 1, 2016                                    _____
                                                                              Judge's signature

City and state: Bethesda, MD                      Timothy J. Sullivan, U.S. Magistrate Judge
                                                                       *Printed name and title*