===============================================================

# *UNITED STATES DISTRICT COURT*
## -------------- DISTRICT OF MARYLAND --------------

APPEARANCE

UNITED STATES OF AMERICA

v.  CASE NUMBER: GJH-16-502

NELASH MOHAMED DAS

To the Clerk of this Court and all parties of record:

    Please enter my appearance as counsel in this case for Nelash Mohamed Das.

Date: March 27, 2018

                                                                               _____/s/_____
                                                                               Kristina D. Leslie, #808416
                                                                               Assistant Federal Public Defender
                                                                               Tower II, 9TH Floor
                                                                               100 South Charles Street
                                                                               Baltimore, Maryland 21201
                                                                               (410) 962-3962 (t)
                                                                               (410) 962-0872 (f)
                                                                               Email: kristina_leslie@fd.org