# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. GJH-16-502** |
| | * | |
| **NELASH DAS,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## NOTICE REGARDING EX PARTE HEARING

The Government hereby serves notice that an ex parte hearing was held on June 6, 2018.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

By: /s/ Thomas P. Windom
    Thomas P. Windom
    Jennifer R. Sykes
    Assistant United States Attorneys