IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| v. | * | **CRIMINAL NO. PX-16-502** |
| | * | |
| **NELASH DAS,** | * | |
| | * | |
| Defendant | * | |
| | * | |
| ******* | | |

## GOVERNMENT'S MOTION TO DISMISS INDICTMENT

The United States of America, by and through undersigned counsel, and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss, without prejudice, the indictment against the defendant in the above-captioned case. Following a hearing, the Court found pursuant to 18 U.S.C. § 4241 that the defendant suffers from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense, and that there is not a substantial probability that an additional reasonable period of treatment will restore the defendant's competence. Further, the defendant has been committed pursuant to 18 U.S.C. § 4246. *See United States v. Das*, Case No. 22-hc-2026 (E.D.N.C.).

Accordingly, because the proceedings cannot go forward at this time, the Government moves for the dismissal of this case without prejudice, reserving all rights to bring charges or seek an indictment in the future.

Counsel for Mr. Das have advised that they believe that dismissal with prejudice is appropriate, but are not opposed to the government's motion to dismiss without prejudice. In

doing so, Mr. Das is not waiving any objections or arguments should the government later re-indict Mr. Das for any of these dismissed charges.

                                      Respectfully submitted,

                                      Erek L. Barron
                                      United States Attorney

By:          /s/
                  Jessica C. Collins
                  Assistant United States Attorney