**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. PX-16-502** |
| | * | |
| **NELASH DAS,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |
| | ****** | |

## <u>ORDER</u>

Having received and reviewed the Government's Motion to Dismiss Indictment, it is hereby ORDERED on this ___ day of April, 2023, that the motion is GRANTED and the indictment against the defendant in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

_____
Honorable Paula Xinis
United States District Judge