IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. PX-16-502 |
| NELASH DAS, | * |
| Defendant | * |

\*\*\*\*\*\*\*

### ORDER

Having received and reviewed the Government's Motion to Dismiss Indictment, it is hereby ORDERED on this 3rd day of April, 2023, that the motion is GRANTED and the indictment against the defendant in the above-captioned case is DISMISSED WITHOUT PREJUDICE.

/S/

_____
Honorable Paula Xinis
United States District Judge